IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse Wilson,<br><br>        Plaintiff,<br><br>vs.<br><br>Phoenix Police Department, et al.,<br><br>        Defendants. | No.  CV-17-04198-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Dismiss Civil Trial and Case (Doc. 89),

**IT IS ORDERED** that the Motion to Dismiss Civil Trial and Case (Doc. 89) is **granted**.

**IT IS FURTHER ORDERED** that the May 11, 2021 trial is **vacated**.

**IT IS FURTHER ORDERED** that any pending hearings are **vacated**.

**IT IS FURTHER ORDERED** that this matter is **dismissed**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 19th day of April, 2021.

Honorable Steven P. Logan
United States District Judge